UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF NEW YORK

---

CYNTHIA CHEVALIER, DEBORAH GRAY,
HAROLD GRAY, and DARCY DeGEORGIA,

      Plaintiffs,

 -against-

CIVIL SERVICE EMPLOYEES
ASSOCIATION, INC.,

      Defendants.

**STIPULATION TO DISCONTINUE**
Case No: 1:10-cv-00446-FJS-DRH

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action, including all cross claims and counterclaims, be and the same hereby is discontinued, with prejudice, without costs to either party as against the other as each party will bear their own costs for all proceedings heretofore.

Dated: June 4, 2012

_____
DEBORAH GRAY

_____
HAROLD GRAY

_____
BRIAN H. BREEDLOVE, ESQ.
Bar Roll No. 301205
Breedlove & Noll, LLP
*Attorneys for Plaintiffs Deborah Gray and Harold Gray*
10 Maxwell Drive, Suite 105
Clifton Park, New York 12065
(518) 383-9400

_____
CYNTHIA CHEVALIER

_____
DARCY DeGEORGIA

-2-

*[signature]*
JULES L. SMITH, ESQ.
Bar Roll No. 102626
Blitman & King LLP
*Attorneys for Defendant CSEA*
The Powers Building, Suite 500
16 West Main Street
Rochester, New York 14614-1601
Telephone:(585) 232-5600
Facsimile:(585) 232-7738


SO ORDERED:

*[signature]*
Frederick J. Scullin
Senior U.S. District Judge

Dated: 6/19/12